7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Denise Lea Gilmore
*Debtor*

**Bank of Bolivar**
   Plaintiff(s)

v.

**Denise Lea Gilmore**
**Brandy Van Buren**
**Scott Willis**
**Maureen Scully**
   Defendant(s)

*Bankruptcy Case No.*
11–45537–jwv7

*Adversary Case No.*
12–04155–jwv

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that judgment is
entered in favor of Bank of Bolivar, Plaintiff, and against Defendant Brandy Van Buren on Count I of the Plaintiffs Complaint. As to Defendant Van Buren, the 1931 Chevy Coupe and 2006 Chevrolet Corvette are now property of Trinity Machine, Inc., subject to the duly perfected lien of Bank of Bolivar, and the 1985 Bernardi, the 2001 Chevy Silverado Pickup, and the 2005 Chevrolet SSR Convertible are property of this bankruptcy estate.

Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
    Deputy Clerk



Date of issuance: 10/24/12

Court to serve