7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Denise Lea Gilmore
*Debtor*

*Bankruptcy Case No.*
11–45537–jwv7

**Bank of Bolivar**
    Plaintiff(s)

*Adversary Case No.*
12–04155–jwv

v.

**Denise Lea Gilmore**
**Brandy Van Buren**
**Scott Willis**
**Maureen Scully**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that Judgment is hereby entered in favor of Bank of Bolivar, Plaintiff, and against Defendant Denise Lea Gilmore on Count I of Plaintiffs Complaint. All purported transfers of the 1931 Chevrolet Coupe automobile, Vehicle Identification No. 9AE20014 (the 1931 Chevy Coupe) and the 2006 Chevrolet Corvette, Vehicle Identification No. 1G1YY26U865108033 (the Corvette) on behalf
of Trinity Machine, Inc. are hereby declared null and void. The 1931 Chevrolet Coupeautomobile, Vehicle Identification No. 9AE20014 (the 1931 Chevy Coupe) and the 2006
Chevrolet Corvette, Vehicle Identification No. 1G1YY26U865108033 (the Corvette) are
hereby declared to be, and at all times relevant hereto were property of Trinity Machine, Inc., subject to the duly perfected lien of Bank of Bolivar and are not property of this bankruptcy estate. Judgment is further entered against Defendant Denise Lea Gilmore to endorse the Certificates of Title to the 1931 Chevy Coupe and the Corvette to the Bank of Bolivar and to deliver to the Bank of Bolivar the Certificates of Title to these vehicles. In the event Defendant Gilmore does not endorse the Certificates of Title to the 1931 Chevy Coupe and the Corvette to the Bank of Bolivar, the Missouri Department of Motor Vehicles should consider this Judgment as reflecting titles to the 1931 Chevy Coupe and the Corvette are vested in Trinity Machine, Inc. subject to the lien of the Bank of Bolivar.



Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
    Deputy Clerk

Date of issuance: 1/8/13

Court to serve